

BELLANTONI
LAW FIRM

October 30, 2024

**By ECF**

Hon. Steven Tiscione
United States District Court,
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Giambalvo v. Suffolk County, et al.*
                2:24-cv-06103-ST

Your Honor,

    I represent the plaintiff, Zachary Giambalvo, in the above-referenced matter.

    I write to apologize to the Court for my non-attendance at the telephonic conference scheduled for this morning at 10:00 a.m. At that time, I was before the Hon. James McCarty in the *Matter of Manuel Busto* in Westchester County Supreme Court. Missing the Court's conference was an unintended oversight.

    Upon returning to my office, I saw the email sent by counsel at 10:03 a.m. reminding me of today's conference and immediately contacted counsel with an apology. I was informed by counsel that the Court will be issuing a scheduling order, which I await.

Very truly yours,

*Amy L. Bellantoni*
Amy L. Bellantoni

2 Overhill Road, Suite 400
Scarsdale, New York 10583

info@bellantoni-law.com
www.bellantoni-law.com

(914) 367-0090 (t)
(888) 763-9761 (f)