# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | December 6, 2024 |
| TIME: | 12:30 P.M. |
| DOCKET NUMBER(S): | CV-24-6103 (ST) |
| NAME OF CASE(S): | Giambalvo v. Suffolk County, New York et al. |
| FOR PLAINTIFF(S): | Bellantoni |
| FOR DEFENDANT(S): | Zwilling |
| NEXT CONFERENCE(S): | Settlement Conference - February 7, 2025 at 1:00 p.m. |
| FTR/COURT REPORTER: | Not Recorded) |

**RULINGS FROM** Telephone Conference :

The Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 1/3/25;

Completion of Phase I discovery - 1/24/25;

Deadline for motions to join new parties or amend pleadings - 1/24/24;

First requests for production of documents and interrogatories due by - 2/3/25;

All fact discovery to be completed by 5/23/25;

Exchange of expert reports - 6/23/25;

Expert depositions completed by - 7/23/25;

All discovery completed by - 9/26/25;

Final date to take first step in dispositive motion practice - 10/26/25.

An in-person settlement conference will be held on at February 7, 2025 at 1:00 p.m. in Courtroom 910 of the Central Islip Courthouse. Parties are to submit their respective settlement positions via ex parte electronic filing no later than February 4, 2025. A motion to file ex part is not required. Counsel are to refer to the Settlement Section of this Court's Individual Rules in preparation for the conference.